

1  BENJAMIN B. WAGNER
   United States Attorney
2  KYLE REARDON
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700

5

6              **SEALED**
7

8         IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  IN THE MATTER OF THE ARREST OF: )   S.W. NO.
                                    )
12                                  )   2:13-MJ-0272  EFB
                                    )
13  PERCY LOVE III                  )   ORDER RE: REQUEST TO SEAL
                                    )   DOCUMENTS
14                                  )
                                    )
15                                  )
                                    )
16                                  )
                                    )
17  _____

18         Upon application of the United States of America and good cause having been

19  shown,

20         IT IS HEREBY ORDERED that the criminal complaint, the accompanying

21  affidavit, and arrest warrant in the above-captioned proceeding shall be filed under seal

22  and shall not be disclosed to any person unless otherwise ordered by this Court, until the

23  execution of the arrest warrant.

24  Date: 8-27-13

25                                              _____
                                                EDMUND F. BRENNAN
26                                              United States Magistrate Judge
                                                Eastern District of California
27

28